IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LESLIE DWIGHT COFFEY                                       APPELLANT

v.                No. 3:18-cv-108-DPM

A. JAN THOMAS, JR.,
Chapter 7 Panel Trustee; and
CNR HOLDINGS LLC                                       APPELLEES

## JUDGMENT

The appeal is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2018