# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**LESLIE DWIGHT COFFEY**                                    APPELLANT

v.                          No. 3:18-cv-108-DPM

**A. JAN THOMAS, JR.,**
**Chapter 7 Panel Trustee; and**
**CNR HOLDINGS LLC**                                        APPELLEES

## ORDER

**1.** Shortly after the Court entered its Judgment, № 5, it received Coffey's belated motion to extend. № 6. Coffey says that, through no fault of his own, he hasn't received the Court's documents; and, to avoid dismissal, he overnighted his motion to the Clerk. That's good cause to extend time. The Court therefore vacates its Judgment, № 5, and reopens the case. Coffey's motion, № 6, is granted as modified.

**2.** Here's the new schedule: Coffey must file his brief by 17 August 2018; the Appellees must respond by 17 September 2018; and Coffey may reply by 28 September 2018.

**3.** The Court directs the Clerk to update the docket. Coffey's address is now:

> 1158 Black Branch Road
> Rabun Gap, Georgia 30568

4. Out of an abundance of caution, the Court directs the Clerk to mail this Order to not only Coffey's new Georgia address but also his old Arkansas one. When Coffey files his brief, he must confirm his preferred address. The Court doesn't want any more mix-ups.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 July 2018