# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LESLIE DWIGHT COFFEY                                    APPELLANT

v.                        No. 3:18-cv-108-DPM

A. JAN THOMAS, JR.,
Chapter 7 Panel Trustee; and
CNR HOLDINGS LLC                                         APPELLEES

## ORDER

Coffey hasn't filed his appeal brief. Six weeks ago, the Court set the new briefing schedule. Coffey has not filed any paper, or otherwise communicated with the Court, since then. № 7. None of the Court's mail to him has been returned. His extended deadline to file his opening appeal brief passed three weeks ago. The Court will therefore dismiss his appeal without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 September 2018