IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LESLIE DWIGHT COFFEY                                        APPELLANT

v.                          No. 3:18-cv-108-DPM

A. JAN THOMAS, JR.,
Chapter 7 Panel Trustee; and
CNR HOLDINGS LLC                                            APPELLEES

## JUDGMENT

The appeal is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 September 2018